UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>    Plaintiff<br><br>            v.<br><br>**DOMINGO ACOSTA**<br><br>    Defendant | **Criminal No.  23-CR-00346-1 (FAB)** |

**MOTION TO CONTINUE SENTENCING DATE**

COMES NOW, ALEXANDRA ESTRADA, U.S. PROBATION OFFICER OF THIS HONORABLE COURT, and respectfully submits and requests as follows:

On March 12, 2025, the defendant pled guilty to Counts One and Six of the Indictment; sentencing has been set for June 10, 2025.

However, the undersigned received objections from defense which require further investigation from our part. Accordingly, this Officer is in process of coordinating a further evidence inspection to accurately address the objections relating to the offense conduct and the U.S. Sentencing Guideline computation. As verified, the Government is not available to meet until June 13, 2025. The undersigned has further discussed this with the parties and neither objected to the requested continuance in sentencing date. This request is in made in good faith and is not intended to cause any unnecessary delay.

**WHEREFORE**, in view of these circumstances, and to comply with our statutory duty of providing the Court with the most accurate and complete information, the undersigned respectfully requests the

defendant's sentence be rescheduled on or after June 25, 2025, at the convenience of the Court.

**I HEREBY CERTIFY** that on this day, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the corresponding parties.

In San Juan, Puerto Rico, June 3, 2025.

    Respectfully submitted,

    LUIS O. ENCARNACIÓN CANALES, CHIEF
    U.S. PROBATION OFFICER

    *s/ Alexandra Estrada*
    Alexandra Estrada
    Senior U.S. Probation Officer
    U.S. Federal Bldg. & Courthouse
    150 Carlos Chardón Ave., Ste. 225
    San Juan, P.R.  00918-1741
    Tel. 787-766-5596
    Alexandra_Estrada@prp.uscourts.gov