UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>**Plaintiff,**<br><br>v.<br><br>[1] DOMINGO ACOSTA,<br>**Defendant.** | CRIMINAL NO.: 23-346 (FAB) |

## NOTICE OF PUBLICATION

TO THE HONORABLE COURT:

COMES NOW, plaintiff, the United States of America, through its undersigned attorneys, and respectfully states:

That on this date, plaintiff is filing with this Court an Advertisement Certification Report and Advertisement Report (Attachment 1), demonstrating that notice was published for thirty (30) consecutive days on www.forfeiture.gov, an official government internet site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).

Notice was published for thirty (30) consecutive days from March 27, 2025, through April 25, 2025, as follows:

24-DEA-714336: one Glock pistol, Model 23, .40 caliber, bearing serial number BFTD901.

24-DEA-714338: One Glock pistol, Model 19, 9mm caliber, bearing serial number BSLF890.

1

*CRIMINAL NO.: 23-346 (FAB)*

24-DEA-714340: Cobra Special Revolver with serial number A83628.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico this 12th day of June 2025.

                W. STEPHEN MULDROW
                United States Attorney

                *s/Antonio J. López-Rivera*
                Antonio J. López-Rivera
                Assistant United States Attorney
                USDC No. G03904
                United States Attorney's Office
                350 Carlos Chardón Ave.
                Torre Chardón, Suite 1201
                San Juan, PR 00918
                Tel. (787) 766-5656
                Email: antonio.j.lopez@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this same date, June 12, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/EMF system.

                *s/Antonio J. López-Rivera*
                Antonio J. López-Rivera
                Assistant United States Attorney