UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>DOMINGO ACOSTA<br><br>Defendant | Case: 23-346 (FAB) |

Motion to restrict

TO THE HONORABLE COURT:

Comes Domingo Acosta, through his undersigned court-appointed attorney, to respectfully inform that, prior to filing this motion, the undersigned filed motion under "Selected Parties" level of restriction because it references the Revised Pre-Sentence Investigation Report and the Addendum to the Pre-Sentence Investigation Report, which are confidential documents.

RESPECTFULLY SUBMITTED.

I CERTIFY that I filed the foregoing motion with the Clerk of the Court using the "CM/ECF System, which will send notification of such filing to counsel in record and to the USPO.

In San Juan, Puerto Rico, on July 10, 2024.

s/ *Ricardo R. Lozada*
RICARDO R. LOZADA FRANCO
USDC 301807
PO Box 10081
San Juan, PR 00908-1981
riclozfra@gmail.com
787-379-1148